## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

JERRY W. SMITH,                                              Civil No. 09-0293 (JRT/JSM)

            Plaintiff,

v.                                                                                    **ORDER**

UNIVERSITY OF MINNESOTA
MEDICAL CENTER, *et al.,*

            Defendants.
_____

      Jerry W. Smith, 915 11th Avenue South, Suite 5, Hopkins, MN 55343, pro se plaintiff.

      Kelly Putney and Melissa Gregory, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendants.

      This matter is before the Court on the written request made by the defendants for an extension of time to file their memorandum of law related to the motion to dismiss they filed on April 27, 2009. The Court finds good cause to allow the defendants an extension of time.

      Based upon, all the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' memorandum of law shall be filed on or before **May 26, 2009**.

2. Plaintiff's responsive brief shall be filed 25 days after the service of the response.

3. Defendants' reply shall be filed 8 days after the service of the response.

DATED: May 12, 2009
at Minneapolis, Minnesota.

                                                                       s/John R. Tunheim
                                                                          JOHN R. TUNHEIM
                                                                 United States District Judge