# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JERRY W. SMITH,

Civil No. 09-0293 (JRT/JSM)

Plaintiff,

v.

**ORDER**

UNIVERSITY OF MINNESOTA
MEDICAL CENTER, DR. DAVID GUTH,
AND JANE AND JOHN DOES,

Defendants.

This matter is before the Court on the plaintiff's request for an extension of time to respond to defendants' motion to dismiss [Docket No. 22]. **IT IS HEREBY ORDERED** that the defendant's request is **GRANTED** and the Court will accept the response filed on October 14, 2009.

Dated: October 23, 2009
at Minneapolis, Minnesota

       s/John R. Tunheim
      JOHN R. TUNHEIM
United States District Judge