# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JERRY W. SMITH,  

        Plaintiff,

v.

UNIVERSITY OF MINNESOTA
MEDICAL CENTER, DR. DAVID GUTH,
AND JANE AND JOHN DOES,

        Defendants.

Civil No. 09-0293 (JRT/JSM)

**AMENDED ORDER**

This matter is before the Court on the plaintiff's request for an extension of time to respond to defendants' motion to dismiss [Docket No. 22]. **IT IS HEREBY ORDERED** that the plaintiff's request is **GRANTED** and the Court will accept the response filed on October 14, 2009.

Dated: November 2, 2009
at Minneapolis, Minnesota

                                              s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                          United States District Judge