# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JERRY W. SMITH,

Civil No. 09-0293 (JRT/JSM)

Plaintiff,

v.

**ORDER**

UNIVERSITY OF MINNESOTA
MEDICAL CENTER, DR. DAVID GUTH,
AND MINNESOTA BOARD OF
MEDICAL PRACTICE,

Defendants.

---

This matter is before the Court on the plaintiff's request for an extension of time to respond to defendants' motions to dismiss. The Court has reviewed the motion and the opposition filed by defendants.

**IT IS HEREBY ORDERED** that the plaintiff's request for extension of time to respond [Docket No. 58] is **GRANTED** and the Court will accept a response filed on or before February 22, 2010. No further extensions will be granted.

Dated: February 16, 2010
at Minneapolis, Minnesota

         s/ John R. Tunheim
        JOHN R. TUNHEIM
     United States District Judge